```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

| | | |
|---|---|---|
| JONATHAN TYLER ADAMOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-732 |
| | ) | |
| CAITLYN ROSE LAMERE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On August 30, 2023, the United States Magistrate Judge's Text Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Doc. Ent. 8/30/2023, Doc. 4.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B), for lack of subject matter jurisdiction. No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (Doc. Ent. 8/30/2023), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** as frivolous under 28 U.S.C. § 1915(e)(2)(B), for lack of subject matter jurisdiction.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of February, 2024.

_____
United States District Judge